October 9, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00093-CV

STATE OF TEXAS, Appellant

V.

CITY OF SAN ANTONIO, GINA ORTIZ JONES, IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF SAN ANTONIO, AND ERIK WALSH, IN HIS OFFICIAL CAPACITY AS CITY MANAGER OF THE CITY OF SAN ANTONIO, Appellees

Today the Court heard appellees' unopposed motion to dismiss the appeal from the order signed by the court below on May 16, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered October 9, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.